FILED22 FEB '23 13:46USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr- 58 HZ |
| v. | INDICTMENT |
| KASHI ABRAM HARMON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

### COUNT 1
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about November 21, 2022, in the District of Oregon, defendant **KASHI ABRAM HARMON,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Burglary in the First Degree, in violation of Oregon Revised Statutes § 164.225, in Multnomah County Circuit Court, on or about October 7, 2014;

(2) Delivery of a Controlled Substance to a Minor, in violation of Oregon Revised Statutes § 475.906, in Lane County Circuit Court, on or about January 7, 2005;

(3) Sex Abuse in the Second Degree, in violation of Oregon Revised Statutes § 163.425, in Lane County Circuit Court, on or about January 7, 2005;

did knowingly and unlawfully possess a firearm, namely a Taurus Model 92AF 9mm handgun, serial number TGM03654, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, namely a Taurus Model 92AF 9mm handgun; serial number TGM03654, along with all ammunition and accessories therefor.

Dated: February 22, 2023

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorney